IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNDAY NWEGBO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   12-CV-05063 |
| COLWYN BOROUGH, et al. | : | |

ORDER

AND NOW, this 3rd day of July, 2013, upon consideration of Defendant Craddock's Motion for Partial Summary Judgment (Docket # 21) and Defendants Reed and Pray's Motion for Summary Judgment (Docket #23), as well as the Plaintiff's responses to those motions (Docket #s 24 and 25), it is hereby ordered that Defendant Craddock's Motion for Partial Summary Judgment (Docket #21)  is GRANTED IN PART AND DENIED IN PART and Defendant Reed and Pray's Motion (Docket #23) is GRANTED IN PART and DENIED IN PART as follows:  Counts I, V, and XI of Plaintiff's Complaint are dismissed; Count VI is dismissed as to Defendants Craddock and Pray;  and Count X is dismissed as to Defendant Craddock.$^{3}$

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART

---

3 The remaining claims are Count III- Fourth Amendment excessive force (Reed and Craddock), Count IV- Fourth Amendment false arrest (Reed and Craddock), Count VI- First Amendment retaliation (Reed); Count VII- state law assault and battery (Reed and Craddock); VIII- state law false arrest (Reed and Craddock), Count IX- state law false imprisonment (Reed and Craddock), Count X- state law malicious prosecution-(Reed).  No claims remain against Defendant Pray.  By Order (docket #22), Plaintiff dismissed Colwyn Borough (Count II), and false arrest, false imprisonment and conspiracy against Defendant Pray