IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUNDAY NWEGBO : CIVIL ACTION
:
   v. :
: NO. 12-CV-05063
COLWYN BOROUGH, et al. :

# ORDER

AND NOW, this 3rd day of July, 2013, upon consideration of Defendant Craddock's Motion for Partial Summary Judgment (Docket # 21) and Defendants Reed and Pray's Motion for Summary Judgment (Docket #23), as well as the Plaintiff's responses to those motions (Docket #s 24 and 25), it is hereby ordered that Defendant Craddock's Motion for Partial Summary Judgment (Docket #21) is GRANTED IN PART AND DENIED IN PART and Defendant Reed and Pray's Motion (Docket #23) is GRANTED IN PART and DENIED IN PART as follows: Counts I, V, and XI of Plaintiff's Complaint are dismissed; Count VI is dismissed as to Defendants Craddock and Pray; and Count X is dismissed as to Defendant Craddock.[3]

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART

---

3 The remaining claims are Count III- Fourth Amendment excessive force (Reed and Craddock), Count IV- Fourth Amendment false arrest (Reed and Craddock), Count VI- First Amendment retaliation (Reed); Count VII- state law assault and battery (Reed and Craddock); VIII- state law false arrest (Reed and Craddock), Count IX- state law false imprisonment (Reed and Craddock), Count X- state law malicious prosecution-(Reed). No claims remain against Defendant Pray. By Order (docket #22), Plaintiff dismissed Colwyn Borough (Count II), and false arrest, false imprisonment and conspiracy against Defendant Pray