IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNDAY NWEGBO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   12-CV-05063 |
| COLWYN BOROUGH, et al. | : | |

O R D E R

AND NOW, this 10th day of July, 2013, upon consideration of Defendants' Motion in Limine (Doc. No.27) and Plaintiff's responses thereto, it is hereby ORDERED that Defendants' Motion in Limine (Doc. No. 27) is GRANTED, as follows:

1. Plaintiff shall be precluded from introducing evidence pertaining to the existence, averments, facts of and evidence from any and all other lawsuits involving Defendants;

2. Plaintiff shall be precluded from introducing testimony regarding Defendant Craddock's alleged prior use of force; and

3. Plaintiff shall be precluded from introducing testimony regarding or pertaining to internal employment disputes at Colwyn Borough Police Department or at any other department of Colwyn Borough.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE