IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNDAY NWEGBO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   12-CV-05063 |
| COLWYN BOROUGH, et al. | : | |

O R D E R

AND NOW, this 10th day of July, 2013, upon consideration of Plaintiff's Motion for an Adverse Inference Instruction (Doc. No.29) and Defendants' response thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

/s/Jacob P. Hart
_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE